# United States Court of Appeals
### For the Eighth Circuit

_____

No. 23-1258

_____

Richard Alan Davis,

*Plaintiff - Appellant,*

v.

Gaylon Lay, Warden, EARU; Emmer Branch, Deputy Warden, EARU; James
Dycus, Deputy Warden, EARU; Randy Shores, Major; Kenyon Randall, Major,
EARU; Jeffery Deen, Field Major, EARU,

*Defendants - Appellees.*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Delta

_____

Submitted: September 26, 2023
Filed: October 10, 2023
[Unpublished]

_____

Before COLLOTON, GRUENDER, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Richard Davis appeals an order of the district court[1] granting summary judgment in his action under 42 U.S.C. § 1983. Following a careful de novo review, we conclude that the district court did not err in granting summary judgment. Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

[1]The Honorable James M. Moody Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Patricia S. Harris, United States Magistrate Judge for the Eastern District of Arkansas.